EDMUND G. BROWN JR.
Attorney General of California
J. MATTHEW RODRIQUEZ,
  Chief Assistant Attorney General
DON ROBINSON
Supervising Deputy Attorney General
KEN ALEX,
  Senior Assistant Attorney General
JAMES R. POTTER, State Bar No. 166992
OLIVIA W. KARLIN, State Bar No. 150432
  Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2637
  Fax: (213) 897-2802
  E-mail: James.Potter@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the CALIFORNIA TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.; ANADARKO E&P COMPANY LP; ATLANTIC RICHFIELD COMPANY; BAYER CROPSCIENCE INC.; THE BOEING COMPANY; CHEMICAL WASTE MANAGEMENT, INC.; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CITY OF LOS ANGELES, acting by and through the LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; THE DOW | Case No.: **CV10-03378**<br><br>NOTICE OF LODGING OF PROPOSED CONSENT DECREE |

| | |
|---|---|
| 1 | CHEMICAL COMPANY; |
| 2 | DUCOMMUN AEROSTRUCTURES, INC.; |
| 3 | EXXONMOBIL CORPORATION; |
| 4 | GEMINI INDUSTRIES, INC.; GENERAL LATEX AND |
| 5 | CHEMICAL CORPORATION; |
| 6 | HONEYWELL INTERNATIONAL, INC.; HUNTINGTON BEACH |
| 7 | COMPANY; LOCKHEED MARTIN |
| 8 | CORPORATION; MCFARLAND ENERGY, INC.; MORTON |
| 9 | INTERNATIONAL, INC.; |
| 10 | NATIONAL STEEL AND SHIPBUILDING COMPANY; |
| 11 | NORTHROP GRUMMAN |
| 12 | CORPORATION; QUEMETCO, INC.; RAYTHEON COMPANY; |
| 13 | ROHR, INC.; ROHM AND HAAS |
| 14 | COMPANY; SHELL OIL COMPANY; SOUTHERN |
| 15 | CALIFORNIA EDISON COMPANY; |
| 16 | THUMS LONG BEACH COMPANY; UNION CARBIDE |
| 17 | CORPORATION; UNION OIL |
| 18 | COMPANY OF CALIFORNIA; WASTE MANAGEMENT |
| 19 | COLLECTION AND RECYCLING, |
| 20 | INC.; WESTERN WASTE INDUSTRIES; and XEROX |
| 21 | CORPORATION, |
| 22 |                        Defendants. |

PLEASE TAKE NOTICE that Plaintiffs, the California Department of Toxic Substances Control ("DTSC") and the California Toxic Substances Control Account ("Account"), have lodged a Consent Decree, entitled Second Consent Decree, with the Court regarding the Class I hazardous waste landfill and related

infrastructure and equipment located at 2210 South Azusa Avenue, West Covina, County of Los Angeles, California ("Subject Property"). This Second Consent Decree resolves a complaint against the named defendants for reimbursement of certain response costs incurred by DTSC in responding to a release or threatened release of hazardous substances at the Subject Property, and requires the defendants to perform work at the Subject Property as specified in the Consent Decree.

DTSC will conduct a public notice period for the Second Consent Decree. At the end of that period, unless public comments indicate otherwise, DTSC will ask the Court to enter the Second Consent Decree. DTSC will file a noticed motion summarizing and responding to each of the comments it receives from the public, if any. DTSC respectfully requests that the Court not enter the Second Consent Decree until the Court has had the opportunity to review DTSC's motion.

Dated: May 5, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
J. MATTHEW RODRIQUEZ,
  Chief Assistant Attorney General
KEN ALEX,
  Senior Assistant Attorney General
DON ROBINSON
  Supervising Deputy Attorney General
JAMES R. POTTER,
OLIVIA W. KARLIN,
  Deputy Attorneys General

JAMES R. POTTER
Deputy Attorney General
*Attorneys for Plaintiffs*

LA2004CV0148
DocNo 60415324