Name and address:
Denise G. Fellers (SBN 222694)
denise.fellers@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone: 213.680.6400

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Department of Toxic Substances Control et al. <br><br> v. <br><br> American Honda Motor Co., Inc. et al. <br><br> PLAINTIFF(S) <br> DEFENDANT(S) | CASE NUMBER: <br><br> 2:10-cv-03378-DDP-AJW <br><br> NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Jeremy Esterkin                         CA Bar Number: 268530

Firm or agency: Bingham McCutchen LLP

Address: 355 South Grand Avenue Suite 4400, Los Angeles, CA 90071-3106

Telephone Number: 213-680-6400              Fax Number: 213-680-6499

Email: jeremy.esterkin@bingham.com

Counsel of record for the following party or parties: See Attachment A

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: **June 28, 2013**     Signature: *Denise G. Fellers*

Name: Denise G. Fellers

## Attachment A

- American Honda Motor Co., Inc.
- Anadarko E&P Company LP
- Atlantic Richfield Company
- Bayer Cropscience Inc.
- The Boeing Company
- Chemical Waste Management, Inc.
- Chevron Environmental Management Company
- City of Los Angeles, Acting By and Through the Los Angeles Department of Water and Power
- ConocoPhillips Company
- The Dow Chemical Company
- Ducommun Aerostructures Inc.
- Exxon Mobil Corporation
- Gemini Industries, Inc.
- General Latex and Chemical Corporation
- Honeywell International Inc.
- Huntington Beach Company
- Lockheed Martin Corporation
- McFarland Energy, Inc.
- Morton International, Inc.
- National Steel and Shipbuilding Company
- Northrop Grumman Corporation
- Quemetco, Inc.
- Raytheon Company
- Rohm and Haas Company
- Rohr, Inc.
- Shell Oil Company
- Southern California Edison Company
- THUMS Long Beach Company
- Union Carbide Corporation
- Union Oil Company of California
- Waste Management Collection and Recycling, Inc.
- Western Waste Industries
- Xerox Corporation

A/75384720.1

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**NOTICE OF APPEARANCE OF COUNSEL**

by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California, in a sealed envelope(s) with postage prepaid, addressed as follows:

James R. Potter
Deputy Attorney General
State of California
Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 500
Los Angeles, CA 90013

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 28, 2013.

Angie Rigor