IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the CALIFORNIA TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**AMERICAN HONDA MOTOR CO., INC.; ANADARKO E&P COMPANY LP; ATLANTIC RICHFIELD COMPANY; BAYER CROPSCIENCE INC.; THE BOEING COMPANY; CHEMICAL WASTE MANAGEMENT, INC.; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CITY OF LOS ANGELES, acting by and through the LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; EXXONMOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL LATEX AND** | cv 10-03378 DDP (AJWx)<br><br>**ORDER OF PLAINTIFFS AND ALL NAMED DEFENDANTS TO EXTENSION OF SECOND CONSENT DECREE RE BKK HAZARDOUS WASTE FACILITY**<br><br>Judge: Honorable Dean D. Pregerson<br>[No Hearing Requested]<br><br>Consent Decree Entered: August 10, 2010 |

1

| | |
|---|---|
| 1 | **CHEMICAL CORPORATION; HONEYWELL INTERNATIONAL, INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MCFARLAND ENERGY, INC.; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN CORPORATION; QUEMETCO, INC.; RAYTHEON COMPANY; ROHR, INC.; ROHM AND HAAS COMPANY; SHELL OIL COMPANY; SOUTHERN CALIFORNIA EDISON COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION OIL COMPANY OF CALIFORNIA; WASTE MANAGEMENT COLLECTION AND RECYCLING, INC.; WESTERN WASTE INDUSTRIES; and XEROX CORPORATION,** |
| 15 | Defendants. |

**ON THE STIPULATION OF THE PARTIES TO EXTEND THE SECOND CONSENT DECREE, IT IS HEREBY ORDERED:**

1. Pursuant to Section 9.4 of the Second Consent Decree, that decree is extended for an additional 30 months to enable the Parties to complete the EE/CA required by the Second Consent Decree;

2. Other than extending the term of the Second Consent Decree and extending the provisions of section 5.1 of that agreement, this stipulation makes no changes to the terms of the Second Consent Decree;

///

///

///

1
2         3.     The 30-Month extension shall commence on August 10, 2013 and continue through February 10, 2016. .
3
4    DATED: July 23, 2013
5
6                      UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28