**MORGAN LEWIS & BOCKIUS LLP**
JAMES J. DRAGNA (SBN 91492)
jim.dragna@morganlewis.com
R RAYMOND ROTHMAN (SBN 142437)
rick.rothman@morganlewis.com
DENISE G. FELLERS (SBN 222694)
denise.fellers@morganlewis.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone:  213.680.6400
Facsimile:  213.680.6499

Attorneys for
BKK JOINT DEFENSE GROUP, an
unincorporated association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>            Plaintiffs,<br><br>            v.<br><br>AMERICAN HONDA MOTOR CO., et al.,<br><br>                  Defendants. | No. CV05-07746-CAS-JWJ<br><br><br><br>**NOTICE OF RELATED CASES (LOCAL RULE 83-1.3) AND REQUEST FOR REASSIGNMENT** |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>            Plaintiffs,<br><br>            v.<br><br>AMERICAN HONDA MOTOR CO., et al.,<br><br>                  Defendants. | No. CV10-03378-DDP-AJW |

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4

| | |
|---|---|
| BKK JOINT DEFENSE GROUP, an unincorporated association;<br><br>Plaintiff,<br><br>v.<br><br>MONTROSE CHEMICAL CORP. OF CALIFORNIA; DOES 1-10<br><br>Defendants. | No. CV14-09085-FMO-AJW |
| BAYER CROPSCIENCE INC. AND STAUFFER MANAGEMENT COMPANY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MONTROSE CHEMICAL CORP. OF CALIFORNIA; DOES 1-10<br><br>Defendants. | No. CV14-09178-SJO-AJW |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., et al.,<br><br>Defendants. | No. CV15-00729-MLR-AJW |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN**, pursuant to LR 83-1.3, that five separate matters pending before the United States District Court for the Central District of California arise from the same or a closely related transaction, happening or event.

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4

At present, the five matters are each before a separate Judge.   The undersigned counsel respectfully suggest that all five matters should for the sake of judicial efficiency be heard by the same Judge.   The parties anticipate additional filings in most if not all of the actions.

      The five matters are the following:

1. *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.*, Case No. CV05-07746-CAS-JWJ (Complaint filed October 31, 2005) (Snyder, J.) ("First Consent Decree Action");

2. *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.*, Case No. CV10-03378-DDP-AJW (Complaint filed May 5, 2010) (Pregerson, J.) ("Second Consent Decree Action");

3. *BKK Joint Defense Group v. Montrose Chemical Corp. of California, et al.*, Case No. CV14-09085-FMO-AJW (Complaint filed November 25, 2014) (Olguin, J.) ("BKK Joint Defense Group v. Montrose Action");

4. *Bayer CropScience Inc., et al. v. Montrose Chemical Corp. of California,* Case No. CV14-09178-SJO-AJW (Complaint filed November 26, 2014) (Otero, J.) ("Bayer v. Montrose Action"); and

5. *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.*, Case No. CV15-00729-MLR-AJW (Complaint filed February 2, 2015) (Real, J.) ("Third Consent Decree Action").

Plaintiffs in the second through fifth cases above filed notices of related cases with the complaints in each of those matters.

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

# I.   BACKGROUND

## A.   The BKK Landfills

Each of these five matters arises from the efforts of the California Department of Toxic Substances Control ("DTSC") and the BKK Joint Defense Group (also known as the BKK Working Group) to address environmental conditions at the BKK Landfills in West Covina, California ("the Site").[1]  The Site accepted hazardous waste for disposal from approximately 1969 to 1984.  During this time, hazardous wastes were disposed in the Class I Landfill, a portion of the site authorized to accept such materials.  Thereafter, Site owner and operator BKK Corporation implemented a plan to close and maintain the Class I Landfill.

In 2004, BKK Corporation notified DTSC that it would not be financially capable of continuing its post-closure care of the Class I Landfill.  In response, DTSC issued an Imminent and Substantial Endangerment Order ("ISE Order") to approximately fifty potentially responsible parties, primarily BKK Corporation's former landfill customers, requiring those parties to undertake emergency response activities at the Class I Landfill.  Several of the ISE Order recipients formed the BKK Joint Defense Group for the purpose of cooperating with DTSC to address conditions at the BKK Class I Landfill.

## B.   The First and Second Consent Decree Actions

In 2005, the State of California filed the First Consent Decree Action against certain members of the BKK Joint Defense Group, seeking recovery for past response costs and declaratory relief under federal and state law.  DTSC's complaint was filed concurrently with the lodging of a consent decree between certain members of the BKK Joint Defense Group and DTSC (the "First Consent Decree").  Subject to the covenants, conditions and reservations of rights therein, the First Consent Decree resolved DTSC's claims and obligated the BKK Joint

---

[1] The membership of the BKK Joint Defense Group has changed over time.  All historic references to the BKK Joint Defense Group in this notice refer to the Group as then constituted.

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4

1   Defense Group to undertake certain response activities at the Class I Landfill.

2   Hon. Judge Snyder approved the First Consent Decree (as amended) and placed the

3   matter on inactive status, retaining jurisdiction to adjudicate matters pertaining to

4   the First Consent Decree.

5       Over the following years, the Court (Hon. J. Snyder) approved several

6   extensions of the First Consent Decree, enabling the BKK Joint Defense Group

7   and DTSC to complete negotiation of a second consent decree ("Second Consent

8   Decree").  Under the Second Consent Decree, the BKK Joint Defense Group

9   agreed to continue its cooperation with DTSC and to expand its activities at the

10  Site.  In 2010, DTSC filed the Second Consent Decree Action for the purpose of

11  seeking judicial approval of the Second Consent Decree.  Shortly after DTSC filed

12  its complaint, the Second Consent Decree Action was transferred to Hon. J.

13  Snyder, who approved the Second Consent Decree on August 10, 2010 and, as

14  with the First Consent Decree Action, placed the matter on inactive status,

15  retaining jurisdiction to adjudicate matters pertaining to the Second Consent

16  Decree.  Subsequently, on September 14, 2011, Hon. J. Snyder recused herself, and

17  the matter was transferred to several other Judges before eventually reaching Hon.

18  J. Pregerson.

19      **C.   Actions against Montrose**

20      On November 25, 2014, the BKK Joint Defense Group filed a complaint

21  against Montrose Chemical Co. of California ("Montrose"), alleging that Montrose

22  is liable under state and federal law for costs incurred by the BKK Joint Defense

23  Group in connection with its work to investigate and take other response actions at

24  the Class I Landfill.  The matter was initially assigned to Hon. J. Birotte, but was

25  subsequently transferred to Hon. J. Snyder because it was deemed related to the

26  First Consent Decree Action.  Shortly after the reassignment, Hon. J. Snyder

27  recused herself, and the matter was transferred to Hon. J. Pregerson.  Hon. J.

28

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4

Pregerson also recused himself, and the matter was transferred to Hon. J. Olguin.

BKK Joint Defense Group member Bayer CropScience Inc. and Stauffer Management Company LLC elected not to participate in the BKK Joint Defense Group v. Montrose Action, and instead filed a separate suit against Montrose.  The Complaint filed in the Bayer v. Montrose Action is substantially identical to that filed by the BKK Joint Defense Group against Montrose, and was filed one day later, on November 26, 2014.  The Bayer v. Montrose Action was initially assigned to Hon. J. Wu, but was transferred to Hon. J. Birotte because it was deemed related to the BKK Joint Defense Group v. Montrose Action.  The matter was then transferred from Hon. J. Birotte to Hon. J. Snyder, because it was deemed related to the First Consent Decree Action.  Hon. J. Snyder recused herself, and the matter was transferred to Hon. J. Pregerson.  Hon. J. Pregerson recused himself, and the matter was transferred to Hon. J. Otero.

### D.    Third Consent Decree Action

On February 2, 2015, DTSC filed a third complaint against the BKK Joint Defense Group, again for the purpose of seeking judicial approval of  a consent decree (the "Third Consent Decree"), which DTSC lodged concurrently with the filing of the third complaint.  The Third Consent Decree reflects further agreement between DTSC and the BKK Joint Defense Group, and obligates the BKK Joint Defense Group to further augment its activities at the Site.  The Third Consent Decree Action was initially assigned to Hon. J. Pfaelzer, but was deemed related to the First Consent Decree Action and transferred to Hon. J. Snyder.  Hon. J. Snyder recused herself and the matter was transferred to Hon. J. Real.

## II.    REQUEST FOR REASSIGNMENT

The five matters described above arise out of a single set of facts, and involve common questions of law.  However, at present, the five matters are each before a different Judge.  For the sake of judicial efficiency and to avoid

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4

1   unnecessary cost and delay, the parties respectfully suggest that the five matters be

2   heard by a common Judge.

3

4       *I certify that I obtained concurrence in the filing of this document and have*

5   *authority to file from all parties whose electronic signatures appear below.*

6

7   DATED:  March 10, 2015                Morgan Lewis & Bockius LLP

8

9                                         By: /s/  James J. Dragna

10                                             James J. Dragna
                                               Attorneys for
11                                             BKK Joint Defense Group

12

13  DATED:  March 10, 2015                Edgcomb Law Group, LLP

14

15                                         By:  /s/ John D. Edgcomb

16                                             John D. Edgcomb
                                               Attorneys for
17                                             Bayer CropScience Inc. and Stauffer
                                               Management Company LLC

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that on March 10, 2015, I electronically transmitted

4    the document to the Clerk's Office using the CM/ECF System for filing and

5    transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

6

7    By:    /s/ Denise G. Fellers

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

A/76737177.4