KAMALA D. HARRIS
Attorney General of California
SARAH MORRISON
Supervising Deputy Attorney General
JAMES R. POTTER, State Bar No. 166992
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2637
Fax: (213) 897-2802
E-mail: James.Potter@doj.ca.gov

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., et al.,<br><br>　　　　Defendants. | No. CV10-03378-DDP-AJW<br><br>**NOTICE OF PLAINTIFFS' PARTIAL JOINDER TO THE REQUEST FOR REASSIGNMENT FILED BY THE BKK WORKING GROUP AND BAYER CROPSCIENCE, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On March 10, 2015, the BKK Joint Defense Group and Bayer Cropscience, Inc. (collectively, "BKK Joint Defense Group") filed in this action a Notice of Related Cases and Request for Reassignment ("Request"). Docket No. 31. Plaintiffs California Department of Toxic Substances Control ("DTSC") and the California Toxic Substances Control Account (collectively "the DTSC Parties")

hereby join the Request with respect to the cases in which they are parties and take no position with respect to the other cases.

In the Request, the BKK Joint Defense Group suggest that the five following cases be heard by a common judge:

1. *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.*, Case No. CV05-07746-CAS-JWJ (Complaint filed October 31, 2005) (Snyder, J.);
2. *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.*, Case No. CV10-03378-DDP-AJW (Complaint filed May 5, 2010) (Pregerson, J.);
3. *BKK Joint Defense Group v. Montrose Chemical Corp. of California, et al.*, Case No. CV14-09085-FMO-AJW (Complaint filed November 25, 2014) (Olguin, J.);
4. *Bayer CropScience Inc., et al. v. Montrose Chemical Corp. of California,* Case No. CV14-09178-SJO-AJW (Complaint filed November 26, 2014) (Otero, J.); and
5. *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.*, Case No. CV15-00729-MLR-AJW (Complaint filed February 2, 2015) (Real, J.).

The DTSC Parties respectfully join the Request with respect to the three cases in which they are plaintiffs: *California Dept. of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al.,* Case No. CV05-07746-CAS-JWJ; *California Department of Toxic Substances Control et al v. American Honda Motor, Co., Inc. et al.*, Case No. CV10-03378 DDP (AJW) and *California Department of Toxic Substances Control et al v. American Honda Motor, Co., Inc. et al.*, Case No. 2:15-cv-00729-R-AJW.  DTSC anticipates there will be future filings in these cases and that those filings will raise closely related issues.  DTSC

1  respectfully submits it will be advantageous to the Court and to the parties to have
2  a single judge consider the related issues.
3      DTSC takes no position on the assignment of two cases to which it is not a
4  party: *BKK Joint Defense Group v. Montrose Chemical Corp. of California, et al.*,
5  and *Bayer Cropscience Inc. et al. v. Montrose Chemical Corp. of California, et al.*

Dated: March 12, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAMES R. POTTER,
Deputy Attorney General

/s/

JAMES R. POTTER
Deputy Attorney General
*Attorneys for Plaintiffs*

LA2004CV0148