1  KAMALA D. HARRIS
   Attorney General of California
2  SARAH E. MORRISON
   Supervising Deputy Attorney General
3  JAMES R. POTTER
   Deputy Attorney General
4  State Bar No. 166992
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 897-2637
6   Fax:  (213) 897-2802
    E-mail:  James.Potter@doj.ca.gov
7  *Attorneys for Plaintiffs California Department of
   Toxic Substances Control and the California Toxic
8  Substances Control Account*

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the CALIFORNIA TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN HONDA MOTOR CO., INC.; ANADARKO E&P COMPANY LP; ATLANTIC RICHFIELD COMPANY; BAYER CROPSCIENCE INC.; THE BOEING COMPANY; CHEMICAL WASTE MANAGEMENT, INC.; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CITY OF LOS ANGELES, acting by and through the LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; EXXONMOBIL CORPORATION; GEMINI INDUSTRIES, INC.;** | CV10-03378 DDP (AJWx)<br><br>STIPULATION OF PLAINTIFFS AND ALL NAMED DEFENDANTS TO SECOND EXTENSION OF SECOND CONSENT DECREE RE BKK FACILITY AND [PROPOSED] ORDER<br><br>Judge: Honorable Dean D. Pregerson<br>[No Hearing Requested]<br><br>Consent Decree Entered: August 10, 2010 |

Stipulated Extension of Second Consent Decree     1     California Department of Toxic Substances Control v. American Honda et al., Case No. CV10-03378

| | |
|---|---|
| 1 | GENERAL LATEX AND CHEMICAL CORPORATION; |
| 2 | HONEYWELL INTERNATIONAL, INC.; HUNTINGTON BEACH |
| 3 | COMPANY; LOCKHEED MARTIN CORPORATION; MCFARLAND |
| 4 | ENERGY, INC.; MORTON INTERNATIONAL, INC.; |
| 5 | NATIONAL STEEL AND SHIPBUILDING COMPANY; |
| 6 | NORTHROP GRUMMAN CORPORATION; QUEMETCO, |
| 7 | INC.; RAYTHEON COMPANY; ROHR, INC.; ROHM AND HAAS |
| 8 | COMPANY; SHELL OIL COMPANY; SOUTHERN |
| 9 | CALIFORNIA EDISON COMPANY; THUMS LONG BEACH |
| 10 | COMPANY; UNION CARBIDE CORPORATION; UNION OIL |
| 11 | COMPANY OF CALIFORNIA; WASTE MANAGEMENT |
| 12 | COLLECTION AND RECYCLING, INC.; WESTERN WASTE |
| 13 | INDUSTRIES; and XEROX CORPORATION, |
| 14 | |
| 15 | Defendants. |

## BACKGROUND

A. On August 10, 2010, this Court approved the "Second Consent Decree" in this matter. ECF No. 14. The parties ("Parties") to the Second Consent Decree are plaintiffs California Department of Toxic Substances Control ("DTSC") and the California Toxic Substances Control Account ("Plaintiffs") and each of the defendants in this action ("Settling Defendants"). On July 23, 2013, the Court approved a 30-month extension of the Second Consent Decree. ECF No. 29. In this Stipulation ("Stipulation") the Parties ask the Court to approve a further extension of the Second Consent Decree..

B. This matter relates to a 583-acre facility located at 2210 South Azusa Avenue, in West Covina, California ("the BKK Facility"). The Facility contains, among other things, a closed Class I hazardous waste landfill ("Class I

Landfill"), a closed Class III municipal landfill and related facilities. The landfills and the related facilities are owned and operated by the BKK Corporation ("BKK Corp."). The Class I Landfill received hazardous waste from approximately 1972 to 1984. Public records indicate that approximately 3.4 million tons of liquid and solid hazardous wastes, together with a much greater volume of municipal waste, were disposed of at the Class I Landfill.

    C. DTSC is the state agency charged with supervising the cleanup of sites where hazardous substances have been released. California Hazardous Substances Account Act ("HSAA"), Cal. Health & Saf. Code, § 25300, et seq. In accordance with the HSAA, and the federal Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), DTSC has the authority to respond to releases of hazardous substances, to take administrative enforcement action and to sue and settle cases regarding releases of hazardous substances. Cal. Health & Saf. Code, § 25301; 42 U.S.C. §§ 9601, 9607 and 9613.

    D. The Settling Defendants are members of the BKK Working Group, a group of approximately fifty former customers of the BKK Facility, who are conducting investigations and other response actions at the BKK Facility under DTSC oversight. Since its formation in approximately 2005, the membership of the BKK Working Group has expanded from approximately twenty-five members to approximately fifty members.

    E. On March 9, 2006, the Court approved and entered the Amended First Consent Decree. *California Department of Toxic Substances Control v. American Honda,* No. CV 05-7746 (CAS). The Amended First Consent Decree required the settling defendants in that agreement to perform certain tasks and to perform "Essential Activities," which include the operation and maintenance of specified pollution control equipment at the Class I Landfill, for a period of two years. *See* Amended First Consent Decree, ¶¶ 2.7, 4.1, & 4.6. The Amended First Consent Decree had an initial term of two years, but the Court approved a series of

extensions, which gave the Parties the time they needed to negotiate a successor consent decree.

   F. On May 5, 2010, DTSC filed the complaint in the present action and lodged the proposed Second Consent Decree, which the Court entered on August 10, 2010. The Second Consent Decree required the Settling Defendants to continue the Essential Activities. Second Consent Decree at ¶ 4.1.1. Further the Second Consent Decree required the Settling Defendants to conduct an "Engineering Evaluation and Cost Assessment" or "EE/CA" of the BKK Facility. Second Consent Decree at ¶ 4.1.2. The EE/CA includes an investigation of three Landfill Systems at the BKK Facility: the Landfill Cover System, the Landfill Gas Extraction, Conveyance and Treatment System, and the Leachate and Condensate Collection, Conveyance, Treatment and Disposal System. In 2013, the parties requested a 30-month extension of the Second Consent Decree, which the Court granted on July 23, 2013. ECF No. 29.

   G. DTSC and all but one of the Settling Defendants negotiated a Third Partial Consent Decree ("Third Consent Decree") to address groundwater contamination at the BKK Facility. On February 26, 2015, DTSC filed a third complaint and lodged the Third Consent Decree. *California Department of Toxic Substances Control, et. al. v. American Honda Motor Co., Inc., et. al.*, No. 2:15-cv-00729-R-AJW (C.D. Cal. February 2, 2015). On May 27, 2015, the Court approved the Third Consent Decree. ECF No. 15.

   H. The Third Consent Decree requires its Settling Defendants to take over groundwater monitoring at the BKK Facility and to conduct a remedial investigation and feasibility study ("RI/FS") of groundwater contamination emanating from the Class I landfill at the BKK Facility. Further, the Third Consent Decree requires its Settling Defendants to continue conducting Essential Activities at the BKK Facility.

**Request for Extension of the Second Consent Decree**

I. Section 9.4 of the Second Consent Decree allows the Parties to stipulate to an extension of the Second Consent Decree, and states as follows:

> The Parties may, by mutual written agreement, and with approval of the court, extend some or all of the obligations and related provisions of this Consent Decree.

J. The Second Consent Decree as entered had a "Term" of three years. On July 13, 2013, the Court approved a thirty-month extension of the Second Consent Decree, allowing the Settling Defendants to continue conducting the Essential Activities and the EE/CA until February 10, 2016. Because the EE/CA is not yet complete, the Parties now seek an additional two-year extension of the Term of the Second Consent Decree.

**SIGNATORIES**

Each undersigned representative of the Parties to the Second Consent Decree certifies that he or she is fully authorized to enter into the terms and conditions of this Stipulation and to execute and legally bind the Parties to the Stipulation. This Stipulation may be executed and delivered in any number of counterparts, each of which when executed and delivered shall be deemed to be an original, but such counterparts shall together constitute one and the same document.

**NOW THEREFORE, ON THE STIPULATION OF THE PARTIES, IT IS ORDERED, ADJUSTED AND DECREED THAT:**

Pursuant to Section 9.4 of the Second Consent Decree, the Parties stipulate that the Term of the Second Consent Decree is extended for an additional twenty-four months to enable the Parties to complete the EE/CA required

by the Second Consent Decree. The twenty-four month extension shall commence on February 11, 2016 and continue through February 10, 2018.

SO ORDERED, APPROVED, SIGNED AND ENTERED THIS ___ DAY OF JANUARY, 2016.

_____

UNITED STATES DISTRICT JUDGE

FOR PLAINTIFF, THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND CALIFORNIA TOXIC SUBSTANCES CONTROL ACCOUNT

James Potter
Deputy Attorney General

Date: 1/22/16

FOR ALL NAMED DEFENDANTS

James J. Dragna
Morgan Lewis

Date: 1/22/16

LA2011501138

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **DTSC vs. American Honda et al**
No.: **CV10-03378 DDP (AJWx)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On January 22, 2016, I served the attached

**STIPULATION OF PLAINTIFFS AND ALL NAMED DEFENDANTS TO SECOND EXTENSION OF SECOND CONSENT DECREE RE BKK FACILITY AND [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

Denise G. Fellers
James J. Dragna
Morgan, Lewis & Bockius, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
*Attorneys for Defendants*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 22, 2016**, at Los Angeles, California.

| Carol Chow | /s/Carol Chow |
|---|---|
| Declarant | Signature |

LA2004CV0148
51962416.doc