1 | ROB BONTA
Attorney General of California
2 | ED OCHOA
Senior Assistant Attorney General
3 | JAMES POTTER, State Bar No. 166992
THOMAS SCHUMANN, State Bar No. 324559
4 | Deputy Attorneys General
300 South Spring Street, Suite 1702
5 | Los Angeles, CA 90013
Telephone: (213) 269-6326
6 | Fax: (213) 897-2802
E-mail: Thomas.Schumann@doj.ca.gov
7 | *Attorneys for Plaintiffs California Department of
Toxic Substances Control and the California Toxic*
8 | *Substances Control Account*

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 |

12 |

13 |

14 | **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the CALIFORNIA TOXIC SUBSTANCES CONTROL ACCOUNT,**

CV10-03378 DDP (AJWx)

15 |

**ORDER RE**: STIPULATION OF PLAINTIFFS AND ALL NAMED DEFENDANTS (EXCEPT CERTAIN SPECIFIED AFFILIATES OF WASTE MANAGEMENT INC.) TO SIXTH EXTENSION OF SECOND CONSENT DECREE RE BKK HAZARDOUS WASTE FACILITY

16 | Plaintiffs,

17 | v.

18 |

19 | **AMERICAN HONDA MOTOR CO., INC.; ANADARKO E&P COMPANY LP; ATLANTIC RICHFIELD COMPANY; BAYER CROPSCIENCE INC.; THE BOEING COMPANY; CHEMICAL WASTE MANAGEMENT, INC.; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CITY OF LOS ANGELES, acting by and through the LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; THE DOW CHEMICAL COMPANY;  DUCOMMUN AEROSTRUCTURES, INC.; EXXONMOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL LATEX AND CHEMICAL CORPORATION; HONEYWELL INTERNATIONAL, INC.;**

Judge: Honorable Dean D. Pregerson
[No Hearing Requested]

Consent Decree Entered: August 10, 2010

---

[PROPOSED] Order re: Sixth Stipulated Extension of Second Consent Decree

1

California Department of Toxic Substances Control v. American Honda Motor Co., et al., Case No. CV10-03378

1  HUNTINGTON BEACH COMPANY;
   LOCKHEED MARTIN
2  CORPORATION; MCFARLAND
   ENERGY, INC.; MORTON
3  INTERNATIONAL, INC.; NATIONAL
   STEEL AND SHIPBUILDING
4  COMPANY; NORTHROP GRUMMAN
   CORPORATION; QUEMETCO, INC.;
5  RAYTHEON COMPANY; ROHR,
   INC.; ROHM AND HAAS COMPANY;
6  SHELL OIL COMPANY; SOUTHERN
   CALIFORNIA EDISON COMPANY;
7  THUMS LONG BEACH COMPANY;
   UNION CARBIDE CORPORATION;
8  UNION OIL COMPANY OF
   CALIFORNIA; WASTE
9  MANAGEMENT COLLECTION AND
   RECYCLING, INC.; WESTERN
10 WASTE INDUSTRIES; and XEROX
   CORPORATION,

11
                              Defendants.
12

13

14      Pursuant to Section 9.4 of the Second Consent Decree, the Parties have stipulated

15 that the Term of the Second Consent Decree is extended for an additional twenty-four

16 months to enable the Parties to complete the EE/CA as required by the Second Consent

17 Decree. The twenty-four-month extension shall commence on August 10, 2023 and

18 continue through August 10, 2025.

19      SO ORDERED, APPROVED, SIGNED AND ENTERED THIS 8TH DAY OF

20 AUGUST, 2023.

21

22

23      HONORABLE DEAN D. PREGERSON
        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

[PROPOSED] Order re: Sixth Stipulated          California Department of Toxic Substances
Extension of Second Consent Decree        2    Control v. American Honda Motor Co., et al.,
                                               Case No. CV10-03378